# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   16−33413−KLP
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Karen Little Young
1229 Laurel Springs Rd.
Hustle, VA 22476

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−7202

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE TO CURE CREDIT COUNSELING CERTIFICATION DEFICIENCY

   The petition filed by you is deficient. By checking the box for the 2nd statement in Part 5 of the Voluntary Petition and signing it, you certified that you had received credit counseling from an approved agency, but you did not have a certificate from the agency at the time of filing your bankruptcy case. Part 5 of the Voluntary Petition, which is titled "Explain Your Efforts to Receive a Briefing About Credit Counseling", and Bankruptcy Rule 1007(c) allow the filing of the certificate of credit counseling within 14 days after the filing of the bankruptcy case if a debtor chooses the following option in Part 5 of the Voluntary Petition.

I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

   Pursuant to Local Bankruptcy Rule 1007−1(I)(2), failure to cure the deficiency on or before <u>July 25, 2016</u>, which is fourteen (14) days after the filing of the petition, will result in the bankruptcy case being dismissed.

Date:   July 12, 2016

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/   Candace Manley
Deputy Clerk

[curecct1007vDec2015.jsp]

Telephone Number: 804−916−2410

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 16-33413-KLP
Karen Little Young                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: manleyc          Page 1 of 1          Date Rcvd: Jul 12, 2016
                        Form ID: curecc15    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2016.
db              +Karen Little Young,    1229 Laurel Springs Rd.,    Hustle, VA 22476-2020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2016 at the address(es) listed below:
        Suzanne E. Wade    ecfsummary@ch13ricva.com,  trustee@ch13ricva.com
                                                                                                                                             TOTAL: 1